# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO DURAN SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ACTIVE FIELD OFFICE DIRECTOR, ADELANTO FIELD OFFICE, et al.,<br><br>Respondents. | Case No. 1:25-cv-00608-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE SUPPORTING DOCUMENTATION REGARDING PETITIONER'S REMOVAL FROM THE UNITED STATES |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his prolonged immigration detention absent a bond hearing. (ECF No. 1.)

On September 17, 2025, the Court directed Respondent to inform the Court of Petitioner's current custody status and "file any supporting documentation." (ECF No. 11 at 2.) That same day, Respondent filed a response, informing the Court that an immigration judge ordered Petitioner removed on August 7, 2025, the parties waived appeal, and Petitioner was removed to Mexico. (ECF No. 13 at 2.) Respondent attached a copy of the removal order. (ECF No. 13-1.) Respondent contends that "this matter is moot and should be dismissed." (ECF No. 13 at 2.)

///

1

The Court appreciates Respondent's prompt response to its previous order but finds that Respondent has not provided the necessary supporting documentation establishing that Petitioner was in fact removed to Mexico.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, Respondent SHALL file supporting documentation regarding Petitioner's removal to Mexico.

IT IS SO ORDERED.

Dated: **September 18, 2025**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2