UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO DURAN SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ACTIVE FILED OFFICE DIRECTOR, ADELANTO FIELD OFFICE, et al.,<br><br>Respondents. | Case No.  1:25-cv-00608-EPG-KES (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT AND TERMINATE RESPONDENT'S MOTION TO DISMISS AS MOOT<br><br>Docs. 10, 17 |

Petitioner Luis Antonio Duran Sanchez was an immigration detainee proceeding pro se and in forma pauperis with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be dismissed as moot and respondent's motion to dismiss be terminated as moot. Doc. 17. The findings and recommendations concluded that the petition was moot because petitioner was no longer in custody and had been removed from the United States. *See id.* Those findings and recommendations were served on petitioner at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* On October 15,

1

2025, the findings and recommendations were returned as "Undeliverable, Not in Custody." Plaintiff has not filed objections to the findings and recommendations, filed a notice of change of address, or otherwise communicated with the court.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on September 30, 2025, Doc. 17, are adopted in full;

2.    The petition for writ of habeas corpus is denied as moot; and

3.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    February 11, 2026

UNITED STATES DISTRICT JUDGE

2